IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 3:21-cv-00251-GCM

| | |
|---|---|
| HUNTERSVILLE INVESTMENT, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN ROSENBURGH, et al.,<br><br>Defendants. | **NOTICE OF APPEARANCE FOR HAROLD C. SPEARS** |

PLEASE TAKE NOTICE that Harold C. Spears of the law firm Caudle & Spears, P.A., a member in good standing of the Bar of North Carolina and admitted to practice before this Court, hereby enters his appearance in this matter, on behalf of Defendants Stephen Rosenburgh, Kimberlee Lynn Rosenburgh, and US Developments, LLC. By this Notice of Appearance, the undersigned requests copies of all pleadings, discovery, notices, correspondence, and other filings submitted in connection with this matter.

Respectfully submitted this the 1st day of June, 2021.

/s/ Harold C. Spears
Harold C. Spears
N.C. State Bar No. 8989
*Counsel for Rosenburgh Defendants*
CAUDLE & SPEARS, P.A.
121 West Trade Street, Suite 2600
Charlotte, NC 28202
Telephone: (704) 377-1200
Facsimile: (704) 338-5858
Email: hspears@caudlespears.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to the following registered CM/ECF users and/or via first-class mail:

Aaron C. Hemmings
Hemmings & Stevens
5540 NcNeely Drive, Suite 202
Raleigh, NC 27612
ahemmings@hemmingsandstevens.com
*Counsel for Plaintiffs*

D. Kyle Deak (N.C. State Bar 35799)
Chamberlain E. Collier (N.C. State Bar 56457)
305 Church at North Hills Street; Suite 1200
Raleigh, North Carolina 27609
Telephone: (919) 835-4133
Facsimile: (919) 835-4101
Email: kyle.deak@troutman.com
Email: chamberlain.collier@troutman.com
*Attorneys for Defendant Truist Bank*

This the 1st day of June, 2021.

/s/ Harold C. Spears
Harold C. Spears
N.C. State Bar No. 8989