IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:21-cv-00251-GCM

| | |
|---|---|
| HUNTERSVILLE INVESTMENT, LLC and ANTHONY WILLIAM PACKER,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN ROSENBURGH, KIMBERLEE LYNN ROSENBURGH, US DEVELOPMENTS, LLC and TRUIST BANK f/k/a BRANCH BANKING AND TRUST COMPANY,<br><br>Defendants. | **ORDER** |

THIS MATTER is before the Court on the Plaintiffs' motion to remand this action to the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina pursuant to 28 U.S.C. § 1447(c). Among other claims, Plaintiffs brought this action pursuant to violations of the Electronic Funds Transfer Act ("EFTA") and 15 U.S.C. § 1693 against Defendant, Truist Bank f/k/a Branch Banking and Trust Company ("Truist"). On May 27, 2021, Truist filed a Notice of Removal alleging this Court had original jurisdiction over this action pursuant to 28 U.S.C. § 1331. (ECF No.: 1). Defendant, Truist was voluntarily dismissed by the Plaintiffs on July 29, 2021. (ECF No.: 11). The motion represents that the remaining Defendants, Stephen Rosenburgh, Kimberlee Lynn Rosenburgh and US Developments, LLC consent to remand of this case.

WHEREFORE, for good cause shown, this matter is remanded to General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina.

IT IS SO ORDERED.

Signed: August 30, 2021

Graham C. Mullen
United States District Judge